# SUMMONS

Wayne County Municipal Court
Tim Neal, Clerk
215 North Grant Street
Wooster, Ohio 44691
330-287-5658

JULIE TASKER

Case No.CVF-10-04-00679

-vs-

NCO FINANCIAL SYSTEMS INC

You have been named a Defendant in a complaint filed in the Wayne County Municipal Court at **215 N. Grant Street, Wooster, Ohio 44691.** A copy of the Complaint is attached.

You are required to defend this action by serving a copy of an Answer to the complaint on the Plaintiff's Attorney or on the Plaintiff if he has no Attorney, within (28) twenty-eight days. The original of your answer must also be filed with the court within (3) days after the service of a copy on the Plaintiff's Attorney or the Plaintiff.

The Plaintiff's Attorney is:

**FAILURE TO APPEAR AND DEFEND THIS ACTION WILL RESULT IN A JUDGMENT BY DEFAULT BEING TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

TIM NEAL
Clerk of Courts

Copies to:
NCO FINANCIAL SYSTEMS INC

By [signature]
Date 4/30/10

CVSUMW

EXHIBIT
1

MUNICIPAL
IN THE COURT OF ~~COMMON PLEAS~~, WAYNE COUNTY, OHIO

Julie Tasker
1682 Oak Hill Rd.
Wooster, Ohio 44691

PLAINTIFF

Case No: CVF-10-04-0679

Judge RICKETT

VS.

*FILED IN WOOSTER*

NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA. 19044

DEFENDANT

APPLICATION AND AFFIDAVIT OF INDIGENCY

TIM NEAL
CLERK OF COURTS
2010 APR 29 PM 2 32
FILED
WAYNE COUNTY
MUNICIPAL COURTS

STATE OF OHIO )
) SS:
COUNTY OF WAYNE )

I, BEING DULY SWORN AND CAUTIONED, DEPOSE AND STATE AS FOLLOWS:

1. I AM THE PLAINTIFF IN THE ABOVE CAPTIONED CAUSE, AND I MAKE THIS AFFIDAVIT FOR THE PURPOSE OF DEMONSTRATING MY INABILITY TO PRE-PAY THE FILING FEES AND COURT COSTS IN THIS ACTION.

2. MY GROSS MONTHLY INCOME IS $1,166.40 FROM 100% , WHICH IS USED TO FINANCIALY SUPPORT MYSELF AND MY HOUSEHOLD OF 3 WITH ROUTINE AND NECESSARY LIVING EXPENSES.

3. BASED UPON MY INCOME AND FAMILY COMPOSITION, I REQUEST THAT THE COURT WAIVE THE NECESSITY OF PRE-PAYMENT OF FILING FEES, DEPOSITS, OR OTHER COURT COSTS.

4. I UNDERSTAND THAT THE COURT MAY ASSESS COSTS AND THAT THE COSTS MAY BE ASSESSED AGAINST ME.

Julie Tasker
SIGNATURE AFFIANT

SWORN TO BEFORE ME AND SIGNED IN MY PRESENCE THIS

29TH DAY OF APRIL, 2010.

Prudence A Pasquariello
NOTORY PUBLIC

PRUDENCE A. PASQUARIELLO
Notary Public, State of Ohio,
My Commission Expires April 30, 2012

**IN THE WAYNE COUNTY MUNICIPLAL COURT**

Julie Tasker
1682 Oak Hill Rd.
Wooster, Ohio 44691

PLAINTIFF

*FILED IN WOOSTER*

RICKETT

VS.

Case No: CVF-10- 04-0679

NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA. 19044

DEFENDANT

TIM NEAL
CLERK OF COURTS
2010 APR 29 PM 2 32
FILED
WAYNE COUNTY
MUNICIPAL COURTS

**COMPLAINT**

**JURISDICTION**

1) This is an action under the Fair Debt Collections Practices Act, hereafter "FDCPA", 15 U.S.C. §1692, et seq., and the Ohio Consumer Sales Practices Act, hereafter "OCSPA", R.C. §1345.01, et seq.

2) Jurisdiction in this case is founded upon 15 U.S.C. §1692k, which grants the court jurisdiction to hear this action without regard to the amount in controversy. Jurisdiction is also founded upon the Plaintiff's venue in this District, and the fact that the Defendant does business within this District.

**PARTIES IN THIS ACTION**

3) The Plaintiff is Julie Tasker, appearing pro se (hereafter Plaintiff), a natural person residing at 1682 Oak hill Rd., Wooster, Ohio 44691.

4) Plaintiff is a consumer as defined by the FDCPA 15 U.S.C. §1692a(3).

5) Upon information and belief, Defendant is NCO Financial System Inc. (hereafter Defendant), primarily doing business at 507 Prudential Rd. Horsham, PA. 19044.

6) Upon information and belief, Defendant is a "debt collector" as defined by FDCPA 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

7) The Plaintiff hereby repeats and realleges an incorporates by reference the foregoing paragraphs.

8) Plaintiff received collection letter from Defendant dated 8/5/2009. See Exhibit "A"

9) This letter was the initial communication with Plaintiff.

10) Defendants letter contains a interest in the amount of 16.06 at a rate of 10.00%

11) Plaintiff has no business relationship with the Defendant.

## VIOLATIONS OF THE FDCPA

12) Plaintiff repeats, realleges and incorporates the above paragraphs as though they were fully written herein.

13) On 8/5/09, Defendant violated FDCPA 15 U.S.C. §1692e(2) by using false or deceptive means in an attempt to collect a debt, by the false representation of the amount or legal status of a debt.

14) On 8/5/09, Defendant violated FDCPA 15 U.S.C. §1692e(10) by using false or deceptive means in an attempt to collect a debt, by the false representation of the amount or legal status of a debt.

15) On 8/5/09, Defendant violated FDCPA 15 U.S.C. §1692f by attempting to collect interest incidental to the principal obligation.

TIM NEAL
CLERK OF COURTS
2010 APR 29 PM 2 32
FILED
WAYNE COUNTY
MUNICIPAL COURTS

## VIOLATIONS OF THE OCSPA

16) Plaintiff repeats, realleges and incorporates the above paragraphs as though they were fully written herein.

17) On 8/5/09, Defendant violated the OCSPA § 1345.02(A), § 1345.03(A) & § 1345.03b(6) by using false or deceptive means in an attempt to collect a debt, by the false representation of the amount or legal status of a debt.

18) On 8/5/09, Defendant violated the OCSPA § 1345.02(A), § 1345.03(A) & § 1345.03b(6) by attempting to collect interest incidental to the principal obligation.

NOW THEREFORE, DEFENDANT PRAYS FOR THE FOLLOWING RELIEF:

PRAYER FOR RELIEF:

1) Declaratory judgment that Defendants conduct violated the FDCPA.
2) Statutory damages of 1,000.00 pursuant to 15 U.S.C. § 1692k
3) Costs and reasonable litigant/attorney fees pursuant to 15 U.S.C. § 1692k
4) Declaratory judgment that Plaintiff's conduct violated the OCSPA
5) Damages of 400.00 pursuant to O.R.C. § 1345.09(B)
6) Costs and reasonable litigant/attorney fees pursuant to O.R.C. § 1345.09 (F)(2)
7) Punitive damages as the court may deem just and proper

FURTHER, sayeth naught.

Julie Tasker

Julie Tasker
1682 Oak Hill Rd.
Wooster, Ohio 44691

PO Box 4909
Dept 22
Trenton, NJ 08650-4909

**NCO FINANCIAL SYSTEMS INC**
507 Prudential R Horsham, PA 19044

Calls to or from this company may be monitored or recorded for quality assurance.

1-866-576-1447
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Aug 5, 2009

20509-15200

5162H2
JULIE A TASKER
2533 JACOBS LN
APT 84
WOOSTER OH 44691-4483

NCO PORTFOLIO MANAGEMENT
FORMER CREDITOR: WFNNB
CREDITOR'S ACCOUNT #: 0000000008318048379
PURCHASED BALANCE: $447.42
INTEREST AMOUNT: $ 16.06
INTEREST RATE: 10.000%
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $463.48

You can pay the above account in 6 equal consecutive monthly payments of $79.43.

This offer may expire without notice. Before making payment, please confirm with one of our representatives that this offer has not expired.

Please contact our office at 1-866-576-1447 for details.

**You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C5162H22-2GJULT.** To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

Our Account #
5162H2
JULIE A TASKER
Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 4907
TRENTON NJ 08650-4907

NCOP M1
15200

01 22006162434000000001600000000000006162484

Exhibit A


TIM NEAL
Wayne County Clerk of Courts
Municipal Court
215 N. Grant St.
Wooster, OH 44691
CERTIFIED MAIL
91 7108 2133 3937 4807 7155
UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 004.51 0
0003149845 APR 30 2010
MAILED FROM ZIP CODE 44691
NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD
HORSHAM, PA 19044
37
19044 CVF100400679
Signature Required